

# GEORGIA CORPORATIONS DIVISION

GEORGIA SECRETARY OF STATE

# BRAD RAFFENSPERGER

HOME (/)

## BUSINESS SEARCH

### BUSINESS INFORMATION

| | |
|---|---|
| Business Name: | **Hull Property Group, LLC** |
| Business Type: | **Domestic Limited Liability Company** |
| Business Purpose: | **NONE** |
| Principal Office Address: | **PO Box 204227, Augusta, GA, 30917, USA** |
| State of Formation: | **Georgia** |

| | |
|---|---|
| Control Number: | **14090134** |
| Business Status: | **Active/Compliance** |
| Date of Formation / Registration Date: | **9/16/2014** |
| Last Annual Registration Year: | **2019** |

### REGISTERED AGENT INFORMATION

| | |
|---|---|
| Registered Agent Name: | **James M. Hull** |
| Physical Address: | **1190 Interstate Parkway, Augusta, GA, 30909, USA** |
| County: | **Richmond** |

Back        Filing History    Name History
          Return to Business Search